AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)*<br>v.<br><br>*Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

<u>**Summons Rider**</u>

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

**City of New York**
c/o James E. Johnson
New York City Law Department
100 Church St.
New York, NY 10007


**NYPD Sergeant Yuriy Akipov**
6840 Austin St
Queens, NY 11375


**NYPD Sergeant Soheil Sofizada**
NYPD Youth Strategies Division
c/o 1 Police Plaza
New York, NY 10038

**NYPD Officer Aaliyah Card**
68th Precinct
333 65th St
Brooklyn, NY 11220