AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT of NY

Colette Cunningham, *Plaintiff*
v.
City of NY et. al, *Defendant*

Case No. 22-cv-588

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Colette Cunningham, Plaintiff

Date: 6/7/22

*Attorney's signature*

MARYANNE K KAISHIAN   5399100
*Printed name and bar number*

65 QUINCY ST. #1, BROOKLYN
*Address*

MK@FEMMELAW.COM
*E-mail address*

(917) 382-0691
*Telephone number*

(929) 888-9457
*FAX number*