

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Assistant Corporation Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

September 19, 2022

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Colette Cunningham v. City of New York, et al.
      22-CV-00588 (LDH) (SJB)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendants City of New York, Sergeant Yuriy Akopov, Sergeant Suhail Sofizada, and Officer Aaliyah Card ("defendants") in the above-referenced matter.  As per the parties' Case Management Statement, which was submitted on August 1, 2022, the parties respectfully request that the Court endorse the enclosed protective order, which is identical to Your Honor's model protective order.  See ECF No. 16, Case Management Statement, August 1, 2022.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*
Gregory J.O. Accarino
*Assistant Corporation Counsel*
Special Federal Litigation Division

Encl.

cc:   **By ECF**
      Maryanne K. Kaishian, Esq.
      Remy Green, Esq.
      *Attorneys for Plaintiff*