

December 29, 2022

Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

    Re:    <u>Cunningham v. City of New York</u>, 22-cv-00588 (LDH)(SJB)

Dear Judge Bulsara:

    I am co-counsel for Plaintiff in this case. I write — jointly with Defendants — to ask for an extension of the mediation deadline from January 30, 2023 to February 10, 2023. The reason for this request is that the parties have scheduled the mediation to take place on February 8th to permit Plaintiff sufficient time to obtain and exchange her remaining medical records which are necessary for the mediation.

    As always, we all thank the Court for its attention to this matter.

                                           Respectfully submitted,

                                           /s/
                                        _____
                                         Jessica Massimi
                                   **COHEN&GREEN P.L.L.C.**
                                   *Attorneys for Plaintiff*
                                   1639 Centre St., Suite 216
                                   Ridgewood, New York 11385

cc:
All relevant parties by ECF.