

January 26, 2023

Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

  Re: <u>Cunningham v. City of New York</u>, 22-cv-00588 (LDH)(SJB)

Dear Judge Bulsara:

  I am co-counsel for Plaintiff in this case. The parties write to ask for an extension of the mediation deadline from February 10, 2023 up to and including March 31, 2023. The parties also request an extension of discovery from the current deadline of March 20th, up to and including May 19, 2023; and an extension of expert discovery from the current deadline of June 23, 2023, up to and including August 25, 2023. Judge Pitman, who is mediating this case, has agreed to the mediation extension as long as it is ok with the Court. We are currently working to finalize a new mediation date in March.

  The parties previously scheduled the mediation to take place on February 8th. However, while Plaintiff has obtained the medical records stemming from the subject incident, Plaintiff is still working to obtain medical records which pre-date the incident and which are necessary to make an informed settlement demand and engage in a productive mediation. Additionally, the parties have agreed to exchange discovery responses in advance of the mediation to aid in settlement discussions.

  This is the second request by Plaintiff for extensions of these deadlines.

  We all thank the Court for its attention to this matter.

               Respectfully submitted,

                /s/
              _____

               Jessica Massimi
               **COHEN&GREEN P.L.L.C.**
               *Attorneys for Plaintiff*
               1639 Centre St., Suite 216
               Ridgewood, New York 11385

cc:
All relevant parties by ECF.