UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

GPS and Timestamp: 40.63872744098143, -74.02252016295124
1684163015000

**Plaintiff / Petitioner:**
COLETTE CUNNINGHAM

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
22-CV-00588

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at County of Nassau. That on Mon, May 15 2023 AT 11:03 AM AT 333 65th St 68TH PCT, Brooklyn, NY 11220 deponent served the within summons and verified complaint and notice of commencement by electronic filing on P.O PEDRO LOPEZ

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Entity:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to P.O Uliasz a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked Personal & Confidential and not indicating on the outside thereof, properly addressed to said defendant at defendant's last known residence/workplace, 333 65th St 68TH PCT, Brooklyn, NY 11220, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office within New York State on Mon, May 15 2023 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address ot otherwise, that the communication is from an attorney or concerns an action against the person to be served.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 35         Ethnicity: Caucasian         Gender: Female         Weight: 170
Height: 5'4"    Hair: Blond                  Eyes: Brown            Relationship: Co worker
Other

Said documents were conformed with index number and date of filing endorsed thereon.

Sworn to before me on this 15th day of May 2023

Mitchell Raider
1450036

Notary Public

JANET RAIDER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6341022
Qualified in Nassau County
Commission Expires May 2, 2024