

September 1, 2023

**BY ECF**
Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

    Re:    <u>Cunningham v. City of New York, et al.</u>, 22-cv-00588 (LDH)(SJB)

Dear Judge Hall:

    This firm along with co-counsel represents the Plaintiff. On August 24th, Defendants served a Rule 68 Offer of Judgment, attached as Exhibit 1. On September 1, 2023, Plaintiff accepted the Rule 68 by notifying defense counsel in writing as specified in the Rule 68. Plaintiff respectfully requests that the Court endorse the attached proposed judgment attached as Exhibit 2.

    We thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____

    Jessica Massimi
    *Pronouns: She/Her*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by ECF.