UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
COLETTE CUNNINGHAM,

                            Plaintiff,

   -against-

THE CITY OF NEW YORK, et al.,

                         Defendants.
------------------------------------------------------------------------X

**DECLARATION OF SERVICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

**22-CV-588 (LDH)(SJB)**

JESSICA MASSIMI hereby declares under penalties of perjury:

1. I am over 18 years of age and not a party to this action.

2. On September 1, 2023, I accepted the Defendants' Rule 68 Offer of Judgment by providing written notice as specified in the Offer of Judgment, via email, to Gregory Accarino Esq., Senior Counsel, Special Federal Litigation Division, New York City Law Department, at his Law Department e-mail address.

Dated: Brooklyn, New York
         September 1, 2023

*Jessica Massimi*
_____