

September 1, 2023

**BY ECF**
Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

Re:   <u>Cunningham v. City of New York, et al.</u>, 22-cv-00588 (LDH)(SJB)

Dear Judge Hall:

This firm along with co-counsel represents the Plaintiff. On August 24th, Defendants served a Rule 68 Offer of Judgment, attached as Exhibit 1. On September 1, 2023, Plaintiff accepted the Rule 68 by notifying defense counsel in writing as specified in the Rule 68. Early today, Plaintiff filed her acceptance on the docket in this case.

Plaintiff also respectfully requests that the Court issue an Order extending Plaintiff's counsels' time to make an application for attorney's fees from 14 days to 60 days after the Court enters judgment to allow the parties time to resolve the issue of fees without motion practice. Defendants consent to this request.

We thank the Court for its time and consideration.

Respectfully submitted,

/s/
_____
Jessica Massimi
   *Pronouns: She/Her*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.