

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **GREGORY ACCARINO**<br>*Senior Counsel*<br>Phone: (212) 356-1945<br>gaccari@law.nyc.gov |

November 1, 2023

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Colette Cunningham v. City of New York, et al.
                 22-CV-588 (LDH) (SJB)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendants City of New York, Officer Pedro Lopez, Sergeant Suhail Sofizada, and Officer Aaliyah Card ("defendants") in the above-referenced matter.

      Pursuant to the Court's September 5, 2023 Order, the defendants respectfully write to inform the Court that the parties have reached an agreement to settle plaintiff's attorneys' fees and costs.

      The defendants thank the Court for its consideration herein.

                                                           Respectfully submitted,

                                                           */s/ Gregory J.O. Accarino*

                                                           Gregory J.O. Accarino
                                                           *Senior Counsel*
                                                           Special Federal Litigation Division

cc:    **By ECF**
       All Attorneys of Record