

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | GREGORY ACCARINO<br>*Senior Counsel*<br>Phone: (212) 356-1945<br>gaccari@law.nyc.gov |

November 22, 2023

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Colette Cunningham v. City of New York, et al.
                 22-CV-588 (LDH) (SJB)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendants City of New York, Officer Pedro Lopez, Sergeant Suhail Sofizada, and Officer Aaliyah Card in the above-referenced matter. Pursuant to the Court's November 2, 2023 Order, the parties respectfully submit an executed stipulation and order of dismissal for the Court's endorsement.

      The parties thank the Court for its consideration herein.

                                                           Respectfully submitted,

                                                           /s/ Gregory J.O. Accarino

                                                           Gregory J.O. Accarino
                                                           *Senior Counsel*
                                                          Special Federal Litigation Division

cc:    **By ECF**
        All Attorneys of Record