UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

COLETTE CUNNINGHAM,

                                               Plaintiff,

              -against-

THE CITY OF NEW YORK; NYPD OFFICER PEDRO
LOPEZ; NYPD SERGEANT SOHEIL SOFIZADA; AND
NYPD OFFICER AALIYAH CARD,

                                                 Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

22-CV-588 (LDH) (SJB)

       **WHEREAS,** plaintiff Colette Cunningham commenced this action by filing a complaint on or about February 1, 2022, alleging that defendants City of New York, Officer Pedro Lopez, Sergeant Suhail Sofizada, and Officer Aaliyah Card violated plaintiff's federal civil and state common law rights; and

       **WHEREAS,** defendants City of New York, Officer Pedro Lopez, Sergeant Suhail Sofizada, and Officer Aaliyah Card served plaintiff with an Offer of Judgment pursuant to Fed. R. Civ. P. 68 on August 24, 2023; and

       **WHEREAS**, plaintiff accepted that Rule 68 Offer of Judgment on September 1, 2023; and

       **WHEREAS,** the parties have reached a settlement agreement as to plaintiff's attorneys' fees, expenses, and costs and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       Nov. 17        , 2023

| | |
|---|---|
| Cohen & Green P.L.L.C.<br>*Attorneys for Plaintiff*<br>1639 Centre Street, Suite 216<br>Ridgewood, New York 11385<br>(929) 888-9650<br><br>By: _____/s/_____<br>Remy Green<br>*Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York,<br>   Lopez, Sofizada, and Card*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: __/s/ Gregory Accarino_____<br>Gregory Accarino<br>*Senior Counsel* |

SO ORDERED:

_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023